```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
                    SOUTHERN DIVISION
                      AT PIKEVILLE
```

**CIVIL ACTION NO. 2008-98 (WOB)**

**BRENDA TUCKER**                                              **PLAINTIFF**

**VS.**                          <u>**JUDGMENT**</u>

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**                            **DEFENDANT**


Pursuant to the Opinion and Order entered concurrently herewith, and the court being advised,

**IT IS ORDERED AND ADJUDGED** that the motion of plaintiff for summary judgment (Doc. #9) be, and it is, hereby **denied**; that the motion of defendant for summary judgment (Doc. #10) be, and it is, hereby **granted**; and that this action be, and it is, **hereby dismissed**, with prejudice, pursuant to sentence four of 42 U.S.C. § 405(g)**,** and **stricken** from the docket of this court.

This 5th day of September, 2008.



Signed By:
<u>William O. Bertelsman</u>  WOB
United States District Judge